IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02379-BNB

PATRICIA S. RUDD,

    Plaintiff,

v.

SERGENT [sic] KNOLLHOFF 1129 P,
GABRIELSON 2150, and
SERGENT [sic] DEVIN J. GRIMES 193,

    Defendants.

```
                    FILED
          UNITED STATES DISTRICT COURT
              DENVER, COLORADO

               APR 29 2009

           GREGORY C. LANGHAM
                              CLERK
```

---

### ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 29, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02379-BNB

Patricia S. Rudd
335 E. Broadway Apt. 205
Excelsior Springs, MO 64024

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/29/09

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk