IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-02379-PAB-MJW

PATRICIA S. RUDD,

Plaintiff,

v.

SERGEANT KNOLLHOFF 1129 P, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's motion to have the U.S. Marshal serve her Second Amended Complaint (Docket No. 23) is granted.  A separate order will issue directing the Marshal to serve the summons and the Second Amended Complaint.

Date: May 19, 2009