IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-02379-PAB-MJW

PATRICIA S.  RUDD,

Plaintiff,

v.

SERGEANT KNOLLHOFF 1129 P, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's motion to consolidate this case with Civil Action No. 08-cv-02380-ZLW is denied.  Civil Action No. 08-cv-02380-ZLW was dismissed without prejudice by Senior Judge Weinshienk on May 15, 2009.  (Docket No. 20).

Date: May 20, 2009