FILED
UNITED STATES DISTRICT COURT

MAY 2 0 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-02379-PAB-MJW

PATRICIA S. RUDD,

Plaintiff,

v.

SERGEANT KNOLLHOFF 1129 P, et al.,

Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

The pro se plaintiff has been granted leave to proceed in forma pauperis.  (See
Docket No. 13).  By separate Minute Order, this court has granted the pro se plaintiff's
motion to have the U.S. Marshal serve the complaint and summons.  It is thus hereby

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of
service from the defendants.  If unable to do so, the United States Marshal shall serve a
copy of the Second Amended Complaint (Docket No. 18), summons, and all other
orders upon the defendants.  If appropriate, the Marshal shall first attempt to obtain a
waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of
service shall be advanced by the United States.

Dated:  _5/20/09_

BY THE COURT:

s/ Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02379-PAB-MJW

Patricia s. Rudd
335 E. Broadway, #205
Excelsior Springs, MO 64024

US Marshal Service
Service Clerk
Service forms for: Sergeant Knollhoff, Sergeant Gabrielson, and Sergeant Derin J. Grimes

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Sergeant Knollhoff, Sergeant Gabrielson, and Sergeant Derin J. Grimes: SECOND AMENDED COMPLAINT FILED 04/23/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _____ 5/20/09 .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk