IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-02379-PAB-MJW

PATRICIA S.  RUDD,

Plaintiff,

v.

SERGEANT KNOLLHOFF 1129 P, et al.,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's letter/motion in which she asks that the CSPD (Colorado Springs Police Department) "be added on the suit" (Docket No. 34) is denied without prejudice.  If plaintiff wishes to amend her Amended Complaint, she must submit a proposed Second Amended Complaint along with her motion to amend.  Plaintiff is reminded that as stated by Magistrate Judge Boland in an Order filed February 24, 2009 (Docket No. 14), "municipalities and municipal entities are not liable under 42 U.S.C. § 1983 solely because their employees inflict injury on a plaintiff. ***Monell v. New York City Dep't of Social Servs.***, 426 U.S. 658, 694 (1978); ***Hinton v. City of Elwood, Kan.***, 997 F.2d 774, 782 (10th Cir. 1993).  To establish liability, a plaintiff must show that a policy or custom exists and that there is a direct causal link between the policy or custom and the injury alleged.  ***City of Canton, Ohio v. Harris***, 489 U.S. 378, 385 (1989).  Ms. Rudd cannot state a claim for relief under § 1983 merely by pointing to isolated incidents.  *See **Monell***, 436 U.S. at 694."  (Docket No. 14 at 2).

It is further **ORDERED** that the plaintiff shall submit any future requests for relief in the form of a motion filed in compliance with the Federal Rules of Civil Procedure and the Local Rules of Practice for the United States District Court for the District of Colorado rather than in the form of a letter.

Date: May 27, 2009