IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-02379-PAB-MJW

PATRICIA S. RUDD,

Plaintiff,

v.

SERGEANT KNOLLHOFF 1129 P, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

　　Based upon the Notice of Settlement, Motion for Dismissal with Prejudice, and Motion to Vacate Scheduling Conference (docket no. 58), it is hereby ORDERED that the Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on August 31,2009, at 9:00 a.m., is VACATED.   It is FURTHER ORDERED that the parties shall file their Stipulated Motion for Dismissal with Prejudice with the court on or before September 4, 2009, or show cause why this case should not be dismissed.

Date:  August 25, 2009