IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 08-cv-02379-PAB-MJW

PATRICIA S. RUDD,

    Plaintiff,

v.

SERGEANT KNOLLHOFF 1129 P,
GABRIELSON 2150, and
SERGEANT DEVIN J. GRIMES 193,

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

    THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss With Prejudice [Docket No. 61]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 61] is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED September 10, 2009.

                                                      BY THE COURT:

                                                      s/Philip A. Brimmer
                                                      PHILIP A. BRIMMER
                                                      United States District Judge